# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL LEON HANSON, | ) 1:07-cv-01779 OWW GSA |
| | ) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATION |
| v. | ) |
| | ) (Document 5) |
| ARNOLD SCHWARTZNEGGER, BOB FRAUSTO, ELLEN SANCHEZ and CARLOS VASQUEZ, | ) |
| | ) |
| Defendants. | ) |

On March 20, 2008, the Magistrate Judge issued Findings and Recommendation that Plaintiff's action be dismissed for failure to prosecute. This Findings and Recommendation was mailed for service on Plaintiff, but was returned as undeliverable. The Findings and Recommendation contained notice that any objections to the Findings and Recommendations were to be filed within thirty (30) days of the date of service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation are supported by the record and proper analysis.

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued March 20, 2008, are ADOPTED IN FULL; and

2. This action is dismissed.

IT IS SO ORDERED.

**Dated:**   **May 19, 2008**                             /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE